## LITTLEFIELD et al. v. REDGRAVE.

No. 16121—Opinion Filed Jan. 26, 1926.

Error from District Court, Lincoln County; Hal Johnson, Judge.

Action between W. W. Littlefield and another and B. C. Redgrave. From the judgment, the former appeal. Reversed and remanded.

Wilson, Tomerlin & Threlkeld, S. S. Chandler, and W. F. Wilson, Jr., for plaintiffs in error.

Emery A. Foster, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 108 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as provided in rule 7 of this court.